**United States District Court**
**Northern District of New York**

# JUDGMENT

**MARIO RABOZZI and HELEN RABOZZI**

**Plaintiffs'**

**VS.**                                          **5:03-CV-1397 (NAM) (DEP)**

**BOMBARDIER INC., and BOMBARDIER MOTOR CORP. OF AMERICA**

**Defendants'**

**[X]  Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


That the defendants' Motion for Summary Judgment is granted and plaintiffs' case is dismissed in its entirety.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 27th day of March, 2007.


| **MARCH 27, 2007** | **LAWRENCE K. BAERMAN** |
|---|---|
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |